**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark D. Drury                                    CHAPTER 13
                    Debtor(s)
                                                        BKY. NO. 18-17586 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
05 Oct 2023, 15:52:31, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322