Certificate Number: 14912-PAE-DE-038366539

Bankruptcy Case Number: 18-17586



14912-PAE-DE-038366539

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 10, 2024, at 3:43 o'clock PM EDT, Mark Drury completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 10, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor