IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  MARK D. DRURY, | : | Bankruptcy No. 18-17586-PMM |
| | : | |
| Debtor. | : | Chapter 13 |

**ORDER**

AND NOW, this <u>18th</u> day of <u>April</u>, 2024, it is hereby ORDERED that the Order Closing Case entered March 11, 2024 is VACATED. The Chapter 13 case is hereby reopened for the purpose of final administration and the entry of an order discharging the Debtor, if appropriate.

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE