United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17586-pmm |
| Mark D. Drury | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 18, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark D. Drury, 528 Carlton Avenue, Bethlehem, PA 18015-2946 |
| 14230681 | + | FIRST COMMONWEALTH FCU, 450 Union Blvd, Allentown, PA 18109-3283 |
| 14230682 | | FST COMMONWEALTH FCU, PO BOX 20030, LEHIGH VALLEY, PA 18002-0030 |
| 14258381 | | First Commonwealth Federal Credit Union, P. O. Box 20450, Lehigh Valley, PA 18002-0450 |
| 14230683 | + | Joanne Drury, 528 Carlton Avenue, Bethlehem, PA 18015-2946 |
| 14230684 | | Kressler, Wolff & Miller, 40 South 4th Street, PO Box 634, Easton, PA 18044-0634 |
| 14821408 | + | Nationstar Mortgage LLC, c/o MICHAEL PATRICK FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14235504 | + | Nationstar Mortgage LLC, c/o Nicole B. LaBletta, Esq, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14817947 | + | Nationstar Mortgage LLC, c/o ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14727051 | #+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o CHRISTOPHER A. DENARDO, Shapiro and DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14230689 | + | Ryan Drury, 528 Carlton Avenue, Bethlehem, PA 18015-2946 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 19 2024 00:09:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2024 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14230679 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 00:12:51 | CAPITAL ONE BANK USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14230680 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2024 00:09:00 | COMENITY BANK/Boscov, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14290814 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14230685 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 19 2024 00:08:00 | MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 14230686 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 00:08:00 | Mr. Cooper, PO Box 619098, Dallas, TX 75261-9098 |
| 14726727 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 00:08:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14726726 | + | Email/Text: EBN@brockandscott.com | Apr 19 2024 00:08:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 14817871 | | Email/Text: amps@manleydeas.com | Apr 19 2024 00:08:00 | Nationstar Mortgage LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14243181 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 00:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14230687 | | Email/PDF: cbp@omf.com | Apr 19 2024 00:12:42 | ONEMAIN FINANCIAL, PO Box 1010, Evansville, IN 47706-1010 |
| 14242761 | | Email/PDF: cbp@omf.com | Apr 19 2024 00:12:22 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14257654 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:12:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14230688 | ^ | MEBN | Apr 18 2024 23:59:37 | PROSPER MARKETPLACE, 221 Main Street SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 14262781 | + | Email/Text: bncmail@w-legal.com | Apr 19 2024 00:09:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14258415 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14230690 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:12:56 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14232863 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:28:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14295544 | | Email/Text: electronicbkydocs@nelnet.net | Apr 19 2024 00:09:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14230691 | ^ | MEBN | Apr 18 2024 23:59:59 | US DEPT OF EDUCATION/GLE, 2401 INTERNATIONAL, POB 7859, MADISON, WI 53707-7859 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14351845 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| JOSHUA A. GILDEA | on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com ccharlton@flblaw.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| LESLIE J. RASE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com lerase@logs.com |
| MATTHEW K. FISSEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mfarrington@kmllawgroup.com |
| MORRIS ANTHONY SCOTT | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mscott@disabilityrightspa.org |
| NICOLE B. LABLETTA | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper nlabletta@lablettawalters.com brausch@pincuslaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Mark D. Drury steve@sottolaw.com jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark D. Drury

        Debtor(s)                                  Case No: 18−17586−pmm

                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/18/24