**Fill in this information to identify the case:**

Debtor 1: Mark D. Drury

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the Eastern District of Pennsylvania
(State)

Case number: 18-17586/REF

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court Claim No.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: XXXXXX0349

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☐ No
☒ Yes.    Date of last notice:    4/12/19

## Part 1:  Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | Description | Dates incurred | | Amount |
|----|-------------|----------------|------|--------|
| 1. | Late charges |  | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees |  | (2) | $0.00 |
| 3. | Attorney fees |  | (3) | $0.00 |
| 4. | Filing fees and court costs |  | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees |  | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees |  | (6) | $0.00 |
| 7. | Property inspection fees |  | (7) | $0.00 |
| 8. | Tax advances (non-escrow) |  | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) |  | (9) | $0.00 |
| 10. | Property preservation expenses.  Specify: |  | (10) | $0.00 |
| 11. | Other: | 12/28/18 - Plan Review | (11) | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Case 18-17586-pmm    Doc    Filed 04/12/19    Entered 04/12/19 19:25:52    Desc Main
Document    Page 2 of 2

Debtor 1 _____  Case number (if known)_____
         First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Leslie J. Rase
   Signature

Date: 4/12/2019

**Print:**  Leslie J. Rase, Esquire
           First Name    Middle Name    Last Name

Title  Attorney

Company  Shapiro & DeNardo, LLC

Address  3600 Horizon Drive, Suite 150
         Number          Street

         King of Prussia, PA 19406
         City                State    ZIP Code

Contact phone  (610)278-6800

Email  pabk@logs.com